No. 908. LEIGHTON *v.* PARAMOUNT PICTURES CORP. ET AL. Motion to dispense with printing petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit and for other relief denied. Petitioner *pro se.* *Leonard Kaufman* and *Whitney North Seymour, Jr.* for respondents.

No. 1121, Misc. WEISS *v.* SKOURAS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 1158, Misc. NEAL *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 1160, Misc. BRIDGERS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1170, Misc. GANDY *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se.* *Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 1191, Misc. IN RE OPPENHEIMER. Supreme Court of California. Certiorari denied.

No. 1313, Misc. RUDOLPH *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. The application for a stay of execution presented to MR. JUSTICE BLACK, and by him referred to the Court, is also denied. *Fred Blanton, Jr.* for petitioner.